IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   10-cv-01921-CMA-MEH | Date:   February 10, 2011 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

| | |
|---|---|
| SANDRA DAVIS and<br>STEPHANIE PYLES, | Ian Kalmanowitz |
| Plaintiffs, | |
| vs. | |
| PUEBLO ZOOLOGICAL SOCIETY, | Rachel Morris<br>William Rogers |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:**   3:30 p.m.

Court calls case.  Appearances of counsel by telephone.

Argument and discussion regarding Defendant's Motion to Vacate and Reschedule Settlement Conference (Doc. #10, filed 2/7/11).

**ORDERED:**   Defendant's Motion to Vacate and Reschedule Settlement Conference (Doc. #10, filed 2/7/11) is GRANTED.  The Settlement Conference set for February 25, 2011, is vacated and RESET to **April 15, 2011, at 10:00 a.m.**

**Court in recess:**   3:35 p.m.  (Hearing concluded)
**Total time in court:**  0:05