IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01921-CMA-MEH

SANDRA DAVIS and
STEPHANIE PYLES,

      Plaintiff,

v.

PUEBLO ZOOLOGICAL SOCIETY,

      Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 15, 2011.**

      The Stipulated Motion for Entry of Protective Order [filed March 11, 2011; docket #14] is **granted**. The proposed protective order is accepted and entered contemporaneously with this minute order.