**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-01921-CMA-MEH

SANDRA DAVIS, and
STEPHANIE PYLES,

    Plaintiffs,

v.

PUEBLO ZOOLOGICAL SOCIETY,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE
---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulated Motion for Dismissal With Prejudice (Doc. # 23), signed by the attorneys for the parties hereto, it is

ORDERED that this civil action and all claims asserted by Plaintiffs Sandra Davis and Stephanie Pyles against Defendant Pueblo Zoological Society are DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorney fees.

DATED:  May __02__, 2011

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Court Judge